**Order filed October 23, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00840-CR

_____

**LORENZA ANDRE SAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 10-DCR-055360A**

---

## ORDER

Appellant is represented by appointed counsel, J. Sidney Crowley. Appellant's brief was originally due July 11, 2014. On October 10, 2014, a fourth extension of time was granted until November 10, 2014. Counsel did not allege any exceptional circumstances in the request.

Accordingly, we issue the following order. We order J. Sidney Crowley to file a brief with the clerk of this Court on or before November 10, 2014. If counsel

does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.


PER CURIAM


Panel consists of Justices Christopher, Jamison and McCally.